UNITED STATES DISTRICT COURT
WESTERN DISRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                                    26-MC-6003

VARIOUS AMOUNTS OF CURRENCY, AS
DESCRIBED IN ATTACHMENT A,

Defendants *in rem.*

---

## STIPULATION TO EXTEND GOVERNMENT'S TIME TO FILE VERIFIED COMPLAINT FOR FORFEITURE

IT IS HEREBY STIPULATED and agreed upon between and among the United States of America by its attorney, Michael DiGiacomo, United States Attorney for the Western District of New York, Melanie J. Bailey and Jonathan W. Ferris, Assistant United States Attorneys, of counsel, Eric M. Soehnlein, Esq., counsel for Moises Orduna-Rios, and Daniel J. DuBois, Esq., counsel for Raquel Orduna-Rios, that pursuant to Title 18, United States Code, Section 983(a)(3)(A), the government's time to file a Verified Complaint for Forfeiture against the property described in Attachment A (collectively "defendant property") is extended from on or about April 17, 2026 to thirty (30) days after the conclusion of the related criminal matter (25-MJ-650).

The parties to this Stipulation further agree that consent may be revoked in writing to extend the time for the government to file its Verified Complaint for Forfeiture against the defendant property. In that event, the government shall then have ten (10) days from the date

the government received notice of such action to file its Verified Complaint for Forfeiture.

MICHAEL DIGIACOMO
United States Attorney

Dated: 4/10/26

By:    *Melanie Bailey*
       MELANIE J. BAILEY
       Assistant United States Attorney

Dated: 4/6/26

By:    JONATHAN W. FERRIS
       Assistant United States Attorney

Dated: 4/6/26

ERIC M. SOEHNLEIN, ESQ.
Attorney for Moises Orduna-Rios

Dated: 4/2/26

DANIEL J. DUBOIS, ESQ.
Attorney for Raquel Orduna-Rios

ATTACHMENT A

APPROXIMATELY $189,669.08 FROM BANK OF AMERICA ACCOUNT NO. LAST FOUR DIGITS 2210, HELD IN THE NAME OF MOISES ORDUNA -RIOS;

APPROXIMATELY $71,482.37 FROM BANK OF ANN ARBOR ACCOUNT NO. LAST FOUR DIGITS 6924, HELD IN THE NAME OF MOISES ORDUNA-RIOS;

APPROXIMATELY $313,982.81 FROM BANK OF ANN ARBOR ACCOUNT NO. LAST FOUR DIGITS 9275, HELD IN THE NAME OF MOISES ORDUNA-RIOS;

APPROXIMATELY $280,451.56 FROM JP MORGAN CHASE BANK ACCOUNT NO. LAST FOUR DIGITS 0805, HELD IN THE NAME OF RAQUEL ORDONEZ OR MOISES ORDUNA-RIOS;

APPROXIMATELY $607,912.78 FROM JP MORGAN CHASE BANK CERTIFICATE OF DEPOSIT ACCOUNT NO. LAST FOUR DIGITS 1100, HELD IN THE NAME OF ORDUNA PLUMBING INC.;

APPROXIMATELY $160,053.95 FROM JP MORGAN CHASE BANK ACCOUNT NO. LAST FOUR DIGITS 6271, HELD IN THE NAME OF MOISES ORDUNA-RIOS AND RAQUEL ORDUNA-RIOS;

APPROXIMATELY $992,110.16 FROM JP MORGAN CHASE BANK BUSINESS CHECKING ACCOUNT NO. LAST FOUR DIGITS 8257, HELD IN THE NAME OF ORDUNA PLUMBING INC.;

APPROXIMATELY $53,008.55 FROM JP MORGAN CHASE BANK ACCOUNT NO. LAST FOUR DIGITS 8768, HELD IN THE NAME OF MOISES ORDUNA -RIOS OR RAQUEL ORDUNA-RIOS;

APPROXIMATELY $591,684.66 FROM JP MORGAN CHASE BANK BROKERAGE ACCOUNT NO. LAST FOUR DIGITS 9584, HELD IN THE NAME OF RAQUEL ORDUNA-RIOS AND MOISES ORDUNA-RIOS;

APPROXIMATELY $668,250.23 FROM JP MORGAN CHASE BANK BROKERAGE ACCOUNT NO. LAST FOUR DIGITS 7623, HELD IN THENAME OF MOISES ORDUNA-RIOS AND RAQUEL ORDUNA-RIOS; AND

APPROXIMATELY THREE HUNDRED AND THIRTY-FOUR THOUSAND, SIX HUNDRED DOLLARS ($334,600.00) IN UNITED STATES CURRENCY.